UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-20279-CR-MARTINEZ

UNITED STATES OF AMERICA,

vs.

RYAN ALEXANDER LAURENT,

    Defendant.
_____/

### ORDER ON MOTION TO COMPEL

**THIS CAUSE** is before the Court on Defendant Ryan Laurent's Motion to Compel [DE 158]. In preparation for trial, the Government obtained co-defendant Davares Rowe's recorded telephone calls and e-mails from the Florida Department of Corrections ("FDC") [DE 173 at 1]. On April 25, 2022, the Government provided the Defendant with a copy of those calls and e-mails [DE 158 at 2]. Defendant moves for the Court to compel the Government to disclose which of those e-mails and calls the Government believes are "material" [DE 158 at 3]. In response, the Government states that it does not intend to use any of the FDC calls or e-mails at trial [DE 173 at 1]. The Court will hold the Government to this statement and will not permit it to introduce any of the FDC calls or e-mails that are **not** identified in its trial exhibit list [*See* DE 157 ¶ 3]. While the Government has advised Defendant that it did not find anything of value for its use nor anything in its review that appeared exculpatory, the Government cannot be obligated to assess what, if anything, in the communications could be exculpatory or lead to exculpatory evidence. Presumably, at this point, Defendant is in the best position to determine if any of Mr. Rowe's communications are exculpatory or would lead to exculpatory evidence.

1

For the foregoing reasons, it is hereby **ORDERED AND ADJUDGED** that Defendant's Motion to Compel, [DE 158], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of May, 2022.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record