UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-20279-CR-MARTINEZ

UNITED STATES OF AMERICA,

vs.

RYAN ALEXANDER LAURENT,

　　　　Defendant.
_____/

## ORDER ON UNOPPOSED MOTION TO APPEAR TELEPHONICALLY

**THIS CAUSE** is before the Court on Defendant's Unopposed Motion to Appear Telephonically [DE 174]. Marshall Dore Louis, co-counsel for Defendant Ryan Laurent, moves to appear telephonically at the hearing on Monday, May 9, 2022, because he will in Ohio for a hearing on a different matter [*Id.* at 1]. Due to this prior commitment, the Court will permit Mr. Louis to appear at the hearing via Zoom and will provide the parties will the Zoom information separately.

　　In addition, the Court advises the parties that it will address their different proposals to the jury instructions at the hearing on Monday. If Mr. Louis' absence from the District presents an issue with proceeding with the jury instructions on Monday, and the parties agree that the jury instruction discussion should be reset to Tuesday, May 10, they shall promptly call Chambers (305-523-5593) or email martinez@flsd.uscourts.gov so that the Court can reschedule the jury instruction discussion for Tuesday, May 10, 2022 at 11:00 a.m.

　　For the foregoing reasons, it is hereby **ORDERED AND ADJUDGED** that

1

1.      Defendant's Unopposed Motion to Appear Telephonically, [DE 174] is **GRANTED as stated herein.** Mr. Louis may appear **via Zoom** at the hearing scheduled for Monday, May 9, 2022 at 10:30 a.m.

2.      A final discussion on the jury instructions shall occur at the hearing on Monday, May 9, 2022. In the alternative, the parties shall promptly call Chambers (305-523-5593) or email martinez@flsd.uscourts.gov so that it can reschedule the final discussion on the jury instructions for Tuesday, May 10, 2022 at 11:00 a.m.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of May, 2022.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record